Final case for today, it is now afternoon, is Kowalski against Shauna Boliker and others. Mr. Kowalski. May it please the court. I'm Robert Kowalski. I'm the appellant. I'm here today because Judge Kendall did not afford me the opportunity that we had a briefing schedule and I was not allowed the opportunity to provide a response to the defendant's motion. And moreover, we were never allowed to argue the case. And if, moreover, on the motion that was presented by the defendants, my facts were to be taken as, my well pleaded facts were to be uncontroverted. Judge Kendall took, rather, the state's version entirely without giving me the opportunity to present my side of the story. And my side of the story is considerably different. I'm here not asking this court to grant me a divorce, rather, I'm here asking this court to grant me an impartial judge. There's no reason why a judge should be using their robe to conceal their efforts and their wrongdoing. A judicial robe does not entitle you to protect subordinates in a committee. Mr. Kowalski, is it correct that you got a new judge after that contact by Judge Boliker with the presiding judge? No, Your Honor, that's not correct. My case has been rife with inequity and one of those inequities had caused... But there was a judge, a new judge was assigned to your case at some point. That's true, Your Honor, but it was because Judge Harris was, for reasons I don't fully understand, but I believe he was pressured to recuse himself. And it's most odd that a judge would recuse himself after having heard the case for two years. If there was a conflict... Hang on a second, Mr. Kowalski. I thought the whole premise of your case was that you wanted a fair judge for your divorce and you were afraid you weren't getting one. You got a new judge. You're asking in this case for extraordinary acts by federal courts to step in and interfere with the management of state courts. I don't know that we could never do that, but if you've got a new judge, what's the problem? For one, the first judge should not have been forced to recuse himself over this case. And number two, we do have a new judge, and no sooner do we have a new judge, and that judge is dirtied up by receiving correspondence from the presiding judge. I'm not sure why the presiding judge of the Domestic Relations Division has to insert herself in my divorce case. I want to back up in a different direction and ask you to comment on the fact that at the end of Judge Kendall's order, she says that she is dismissing this case without prejudice. And I'm looking at page 5 of the order of April 28, the one that was before you filed, but of course we're here in de novo review. But she says, for the foregoing reasons, Kowalski's complaint is dismissed without prejudice and his motions for injunctive relief and for leave to amend his complaint are denied. If in the future you have facts that support anything, you can refile. I want to know why we have appellate jurisdiction. Typically, if it's without prejudice and the door isn't wide open to do something else in the district court, we don't have a final judgment. Your Honor, if Judge Kendall wanted to hear more, she could have just waited a couple days for our response brief that she ordered us to provide. But she says you can come back and you did file the response a few days late. And I'm just, I guess maybe one way of putting this is would you be willing to stipulate to the conversion of this to a dismissal with prejudice so that we would have appellate review? Meaning that those are binding rulings, you're done in the district court. Your Honor, I don't think that would be fair in light of this Judge Kendall not allowing us the opportunity to respond. Well, then it's an interlocutory appeal. Then we should just dismiss it and let you go back and complain to Judge Kendall about what's in effect an interim order. Judge Kendall's foreclosed her mind to hearing my case even though she ordered a briefing schedule. I complied with that schedule. I think that undermines her fairness in the process. And again, if we did have jurisdiction, the first thing I would have said is I understand what happened with the timing. I'm sure it was very frustrating. But at this stage of the game, if this court has jurisdiction, our review of this type of dismissal is de novo. So you have said what you wanted to say in your brief. We are aware of the various points that you're making. So I'm not sure that this is the time to worry about that. But my bigger problem is if Judge Kendall basically is saying, based on what I have before me right now, I don't see anything to this case. As Judge Hamilton said, there's some very serious issues about federal court interference with state court management. There are appellate courts in the state system. So if somebody has a judge who's biased or if a judge makes mistakes, the state appellate courts are available to hear arguments. Your Honor, the state court, in particular the Domestic Relations Act, doesn't provide for 1983 relief or 1985 relief. Right, it might not have a damages relief, but maybe your relief is getting an unbiased judge. Maybe your relief is... Your Honor, it's way beyond that. When there's such a culture of backhaul, ex parte communication... Can you fix the circuit court of Cook County? I mean, really. I think it's the very least this court could do. If there's such a glaring problem in the circuit court, I'm here beseeching this panel to do something. Because it's totally... everything I went to law school for has been turned on its head. I don't have to be a good lawyer. No, I just have to go to the back door. I can get a judge to lobby for me. It's preposterous. It's ridiculous. And yes, Your Honor, I respectfully ask this court to take attention to that. We should not have the state here protecting these people. We should have the state investigating. I mean, how could the presiding judge send a letter in to my divorce judge? Leave my divorce judge alone. I'd like to see my son. I have not seen my son in 19 months. And no, I'm not asking you to correct that, Your Honor. But when the Illinois Appellate Court has rendered a decision saying, this is inexcusable, some of the conduct that's happening in the divorce case, it all stems from this culture, backhaul culture that's going on. That my judge, he's an associate judge. He can't render a proper decision without fear of being exported to Rolling Meadows. I'm not from Rolling Meadows. But if my judge is from South Shore, Chicago, he's not going to envy and relish the trip to Rolling Meadows. And that's the power that Judge Dickler, the presiding judge, has. Why she needed to meddle in my case is beyond me. If she wanted to reprimand my attorney in some way, we have the ARDC, we have plenty of, she maybe could have done something. But no, she's got to do a drive-by through my divorce case. Why did she have to do that to me for? I want to see my son. I don't want to think if a ruling went against me, all my judges against me. But here I have a piece of paper from Judge Dickler. What in God's name possessed her to do this? I don't even know this woman, for God's sake. I'll tell you, Judge, why she's doing this. Because she's protecting a $500-an-hour job. It's called a guardian ad litem. If you're going to get a divorce in Cook County, and if you're a man of some kind of means, you're going to have a guardian ad litem appointed for $500 an hour, who's more likely than not been a long-time lobbyist, a long-time practitioner in that courtroom. It's an incestuous relationship. It's wrong. And for her to do a drive-by through my divorce case is terrible. There's so many avenues for the presiding judge to tackle or discipline an attorney. It's ridiculous. She doesn't have to veer off into my divorce case to let the judge know, hey, stick it to this guy here. He doesn't need to see his kid. We have the Illinois Appellate Court saying, hey, this is inexcusable what's happening here. I just didn't get released from Statesville, Your Honor. I am an attorney. I've been an attorney for 26 years, for God's sake. I deserve to see my son. My son deserves to have a father. And because of Judge Dickler and the culture of corruption, it swallowed the rule of law down there. There's no sense to have an attorney. Let's just hire a judge lobbyist and get her to kind of lobby in there. That will take care of things. Yay. That's ridiculous. It's preposterous. That's why we have civil rights, Judge. No, I understand you're frustrated, Mr. Kowalski, and we will look at the legal arguments that you've made, but this is an appeal in the federal court. This is an extraordinary matter, Your Honor. I never thought in my life I would have these problems. I don't know these people. Why are they doing this to me? I can't answer that, but we will let you give a little bit of rebuttal after the other side has argued. First, Ms. Lebrecq. Good morning, Your Honors. Counsel. May it please the Court. I am Assistant Attorney General Mary Lebrecq, here representing the State Defendant's Appealees, the Honorable Shawna Bolliker and the Honorable Grace Dickler. We also believe that this Court does not have jurisdiction in this case, although we understood the judge's ruling to be a little differently when we first looked at this case. Although she did say it was without prejudice, she also entered a Rule 58 judgment, and the docket entry says that the case is terminated. We believe that she had done all that she was planning to do in this case, and we understood that statement about if in the future, to be addressing his concern that there was something going on and that if in the future some new facts arose or something. Yes, or some new circumstances where there really was evidence of some kind of unfairness going on, put it that way. So I guess my question, one of the things this case, this case raises a lot of things, is at what point one of the other or both judges went beyond even the stump-against-Sparkman type of judicial role and was doing administrative things? So it does seem to me that perhaps maintaining the guardian ad litem list is an administrative job of the presiding judge, not a judicial job. Your Honor, assuming that there is jurisdiction, we also believe that the domestic relations exception applies here. I don't understand that argument, I've got to tell you. What the plaintiff is asking us to do would be as troubling whether we were talking about divorce cases or contract cases or tort cases, right? I don't see anything that's unique about the divorce, about the content of the particular proceedings in the state court. And he's also said he's not asking us to rule on the divorce proceeding per se or the child custody proceeding. He would like punitive relief, damages, injunctions, get the judges to run a proper system. But to evaluate his claim, you've got to look at and examine precisely what was said to the court and you've got to look at the court's response to this. You've got to look at the court's rulings. Same thing is true in Marshall against Marshall at the probate level. We're not forbidden altogether from looking at what state courts have done. No, but this is going to involve more of an investigation into what the court is doing and it's going to invalidate the proceedings. It's not something that's going to... Do you think Operation Greylord shouldn't have happened? That was a rather deep dive into what was going on at the Circuit Court of Cook County on the criminal side. Well, there are special circumstances when you have a conspiracy that envelops the whole. That sort of thing might escape the domestic relations and probate exception. And he says a little bit about that. He suggests that there's this culture of back hallways and so on, but he's not really making that kind of argument here. He's really saying that there are two particular judges who, for personal reasons, did things to harm him and that the county defendants conspired to help one of those judges do that. But he hasn't pleaded facts that suggest that there really is an environment of corruption. Well, he thinks he has, for sure, and taking the facts as he's pleaded them. My bigger question is, when are these judges acting in judicial capacity? What have they done that might trigger some kind of 1983 right? You have to have an underlying violation of some federal right before you've got that. There are essentially three things that the judges did. Judge Bolliker, he's accusing of damaging his reputation by posting the photo in the courtroom and sending a letter to the sheriff's office and also submitting a copy of the letter she sent to the sheriff to the divorce judge in the case. These things we see, they were all intended to protect the safety and security of, in the case of the photo and the letter to the sheriff, her own courtroom. In the case of the letter that she submitted to the divorce judge, to share information with him so that he could ensure the security of his courtroom. And that is directly related to what both judges have to do in the course of their judicial work. So is hiring employees, right? Hiring employees within the court is essential to carry out the judicial function, yet it's not treated as the subject of absolute judicial immunity, right? That's true. So how is security different? Because it involves discretion in the handling of particular cases and the handling of particular individuals involved in those cases. Can you give us some case law that's drawn that kind of a distinction? Well, the Barrett case in the Sixth Circuit found that a judge's decision to write letters to the USA and to the Attorney General, asking them to investigate a particular person who had been a litigant before her, and now she felt was stalking her, and she felt that this was going to cause problems in her courtroom and cause her to have to recuse herself from future things. And that court said that that was part of her judicial responsibilities because it was something that she had to do to ensure that justice wasn't being obstructed. And we also think that Judge Dickler's action was not merely administrative or ministerial. Perhaps maintaining a panel of guardians at litem would be, but that's not what was happening in this case. We see her as doing two things here. She was enforcing the rules on ex parte communications with respect to a particular case, and she also, as she expressed it in her letters, said that he was essentially seeking that she exercise her administrative authority to rule upon a pending motion, which was to remove the guardian at litem in that particular case. Okay. I mean, you're way over time, so I think I'll ask you to wrap up so we can hear from Mr. Patterson. Well, we will stand on our brief with respect to the remaining issues, and we urge this court to affirm the district court's dismissal of the action against the judges. All right. Thank you. Mr. Patterson. Good afternoon. May it please the court. The district court properly concluded that Mr. Kowalski pled himself out of court by pleading facts that established an impenetrable defense of the county defendants. Mr. Kowalski has said 29 times in the district court and 15 times in his brief in this court and then a 16th time in the oral argument that his concern is a constitutional violation of his ability to receive an impartial judge. What he has failed to do in the district court and here is to establish a nexus between that claim and the alleged conduct of the county defendants, and the failure to do so is fatal to his claim, and therefore we'd ask this court respectfully to affirm the ruling of the district court. So his claims, as I understand them, vis-a-vis the county defendants have to do with this attorney ID card and compliance with the subpoena? That is correct, Your Honor. And with respect to the ID card, the claim fails on its face both legally and factually. Legally, he has failed to cite any support for the proposition that he has a property interest in an ID card that would allow him to bypass security in the daily center. So that claim fails as a matter of law. Factually, he conceded on page A11 of the short appendix in the district court that he still has access to the daily center. So he just simply has to go through security as so many other litigants and in fact as the former president of the United States had to do this morning for jury duty. Right, correct. So that claim fails as a matter of law and a matter of fact. Mr. Patterson, apart from the merits, what's your response to Mr. Kowalski's position that he didn't get an opportunity to respond to your motion to dismiss? Your Honor, the response is that his response brief, which this court has in the record, it's record 36, would have made no difference to the ruling by the district court. In fact, it would have reinforced the ruling of the district court for the reasons I just articulated, which is that the response brief itself 18 times says the crux of his concern is getting an impartial judge. And he has failed to establish a nexus between the claim of wanting an impartial judge and any alleged conduct by the county defendants. And that nexus was fatal. It was fatal in his two complaints that combined had 265 paragraphs of allegations. And it was fatal when the district court held a hearing on March 14th and again on April 6th and articulated her concerns about exercising federal jurisdiction over a state court divorce proceeding. But, you know, it is quite irregular for the district court to set a schedule and then to pull the plug on somebody's right to respond by suddenly issuing what we're now being told is a final merits decision in the case. Agreed, Your Honor, that is irregular. It's unfortunate. It is irregular. Perhaps it's even unfortunate, but it does not preclude this court from affirming the district court on the merits. Again, because when you look at the response brief, it does nothing to connect his claim of wanting, or his claim that he was deprived of an impartial judge and the alleged conduct of the county defendants. Well, vis-a-vis your clients, you're saying. At least vis-a-vis the county defendants. That's correct. Mr. Brecht's clients may be a different matter. That's right, that he has two claims against the county defendants. One we just discussed, which is the ID, and he concedes that he still has access to the courthouse. He merely has to go through security. The second is our response to the subpoena. As he phrases it in his complaint at paragraph 108 in the original complaint and 127 in the amended complaint, he says that we failed and refused to comply with the subpoena. Yet, in paragraphs 90 and 93 of the original complaint and 92 and 95 of the amended complaint, he concedes we did, in fact, comply with the subpoena. We turned over the letter that Judge Bolliker had sent to the sheriff, pursuant to a protective order of the state trial court, and then the state trial court quashed the remainder of the subpoena. So, both legally and factually, he concedes that we did, in fact, comply with the subpoena, and there is simply no procedural mechanism that would allow a state court litigant in the trial court to appeal a discovery ruling to a federal trial court as the district court concluded under Rooker v. Feldman. I see my red light is on. If there are no further questions, we'll ask the court respectfully to confirm the district court. All right. That's fine. Thank you. Mr. Kowalski. Respectfully, I have to disagree. Judge Dickler was not enforcing any rules of ex parte anything because she wasn't my judge. I could send her a letter every morning, and it still wouldn't be ex parte because she's not my judge, for God's sake. She's nobody's judge. She doesn't have a courtroom. Her role is administrative. Why she needed to vent a leash, lash out at my attorney is simply beyond me. There's nothing pending before her. Why did she want to do this? Because there is corruption in the courthouse. It's so deeply ingrained over there that the guardian-in-light is in such a lucrative position to have that he walks on water. He's the court's witness, but he's not the court's witness. He's actually like a friend of the court. He's basically an employee of the court, and so she'll do anything to protect this man. He comes to seminars for her. He'll do a discussion for her, but that's not his role. He's not a court employee. She can't protect him in this way by driving through my divorce case and letting her feelings be known. It's wrong, and I'm sorry. I am an attorney, and I don't have a shop like somebody did in Nazi Germany for them to come and smash my windows. No, they start stripping me away little by little. Sir, is it correct that you're suspended right now? It is, yes. So we couldn't, even if you wouldn't be eligible for an attorney card now if you asked for it, right? In five and a half months, that's different. And then I'm trying to understand whether you've been harmed by anything other than adverse decisions by the state court. I think it's quite clear which way my case is coming. This panel has rendered many appellate decisions. And the language that we've already had interlocutory opinion rendered by the Illinois Appellate Court, and the word that stuck out is inexcusable. It's inexcusable what's happening in this court, and it's very strong language from an appellate panel. Yes, I do believe that I've been harmed. We should not have lost Judge Harris. There is no reason for the man to recuse himself. We just had too many odd circumstances arising in this case between you. Okay, thank you. Okay, I think that will do, and we will take your case under advisement, Mr. Kowalski. Thank you, Your Honor. And thanks to all participants. We will now be in recess.